UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23 cv 23360

PENROD BROTHERS INC.,
a Florida Corporation,

       Plaintiff,

vs.

THE CITY OF MIAMI BEACH, FLORIDA,
a Florida municipal corporation,

       Defendant.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, THE CITY OF MIAMI BEACH, FLORIDA ("City"), hereby removes this action from the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. Removal is appropriate because a federal claim appears on the face of the operative pleading filed by Plaintiff, PENROD BROTHERS INC. *See* 28 U.S.C. § 1441.

1.      The City is the only defendant in this civil action, which was originally filed in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, Case No. 2023-016657-CA-01, and which is located in the Southern District of Florida.

2.      On August 28, 2023, Plaintiff filed a Second Amended Complaint, which attempts to allege two federal claims pursuant to section 42 U.S.C. § 1983. Plaintiff's prior complaints did not raise a federal cause of action. Thus, removal is timely pursuant to 28 U.S.C. § 1446(b).

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.

3.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the City are attached as Exhibits 1–4.

## BASIS FOR JURISDICTION

4.      This Court has original federal question jurisdiction over the federal claims (Counts 1 and 5) in the Complaint, which attempt to allege violations of the Plaintiff's constitutionally protected rights under 42 U.S.C. § 1983. *See* 28 U.S.C. § 1331.

5.      This Court has supplemental jurisdiction over the remaining state-law claims pursuant to 28 U.S.C. § 1367.

## PROCEDURAL MATTERS

6.      The City has tendered the filing fee of $400 to the Clerk of Court along with the original of this Notice of Removal.

7.      Pursuant to 28 U.S.C. § 1446(d), the City will promptly file a copy of this Notice of Removal in the pending state court action and otherwise notify all adverse parties.

8.      Venue is proper in this district because a substantial part of the events or omissions giving rise to the claim occurred in this district. 28 U.S.C. § 1391(b)(2). Additionally, the civil action was originally brought in a state court located in this district. *See* 28 U.S.C. § 1441(a).

**WHEREFORE**, the City respectfully requests an order transferring the above-styled action, now pending in the Eleventh Judicial Circuit in and for Miami Dade County, to this Court for all further proceedings.

Respectfully submitted,

**WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.**
2800 Ponce de Leon Blvd.
Suite 1200
Coral Gables, Florida 33134
Telephone: (305) 854-0800

By:     /s/ *Eric P. Hockman*
       **ERIC P. HOCKMAN, ESQ.**
       Florida Bar No. 64879
       ehockman@wsh-law.com
       **MICHAEL KANTOR, ESQ.**
       Florida Bar No. 90472
       mkantor@wsh-law.com
       **ADAM HAPNER, ESQ.**
       Florida Bar No. 112006
       ahapner@wsh-law.com

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served

via email on all counsel listed on the attached service list, this 1 day of September, 2023.

By: /s/ *Eric P. Hockman*
Eric P. Hockman

## SERVICE LIST

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A
Jason S. Koslowe, Esq.
Florida Bar No.: 122758
jkoslowe@stearnsweaver.com
Maria A. Fehretdinov, Esq.
Florida Bar No.: 52084
mfehretdinov@stearnsweaver.com
150 West Flagler Street, Suite 2200 Miami, FL
33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
*Counsel for Plaintiff Penrod Brothers, Inc.*

4

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.