

Contact Us    My Account    

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK

**PENROD BROTHERS INC VS CITY OF MIAMI BEACH FLORIDA ET AL**

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2023-016657-CA-01 | **Filing Date:** | 05/12/2023 |
| **State Case Number:** | 132023CA016657000001 | **Judicial Section:** | CA44 - Downtown Miami |
| **Consolidated Case No.:** | N/A | **Court Location:** | 73 West Flagler Street, Miami FL 33130 |
| **Case Status:** | OPEN | **Case Type:** | Business Governance |

**Related Cases** — Total Of Related Cases: 0

**Parties** — Total Of Parties: 3

**Hearing Details** — Total Of Hearings: 40

**Dockets** — Total Of Dockets: 189

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 04/18/2024 | | Case Management Conference | Hearing | **INTERIM** |
| | 03/20/2024 | | Case Management Conference | Hearing | **INTERIM** |
| | 02/21/2024 | | Case Management Conference | Hearing | **INTERIM** |
| | 01/17/2024 | | Case Management Conference | Hearing | **INTERIM** |
| | 12/20/2023 | | Case Management Conference | Hearing | **INTERIM** |
| | 11/20/2023 | | Case Management Conference | Hearing | **INTERIM** |
| | 10/18/2023 | | Case Management Conference | Hearing | **INTERIM** |
| | 09/20/2023 | | Case Management Conference | Hearing | **INTERIM** |
| | 09/06/2023 | | Motion Calendar | Hearing | **MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT - DE 137** |
| 148 | 09/01/2023 | | Notice of Filing: | Event | **NOTICE OF REMOVAL** |
| 147 | 08/31/2023 | | Motion for Extension of Time | Event | Parties: Penrod Brothers Inc |
| 146 | 08/29/2023 | | Notice of Appearance | Event | Parties: Thornton Ryan Thomas; Penrod Brothers Inc |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 146 | 08/29/2023 | | Notice of Appearance | Event | Parties: Thornton Ryan Thomas, Penrod Brothers Inc |
| 145 | 08/28/2023 | | Amended Complaint | Event | |
| 144 | 08/28/2023 | | Order Resetting Jury Trial | Event | **JUNE 3, 2024 AT 10:00AM AT MDCC, 73 WEST FLAGLER ST., ROOM 414, MIAMI, FL. CASE MANAGEMENT CONFERENCE IS SET FOR MAY 22, 2024 AT 1:30PM** |
| | 08/25/2023 | | Special Sets | Hearing | **PLAINTIFF'S MOTION FOR ENTRY OF TEMPORARY INJUNCTION** |
| 143 | 08/24/2023 | | Notice of Hrg Special Appt | Event | **ZOOM/VIRTUAL NOTICE OF SPECIAL SET HEARING** |
| 142 | 08/22/2023 | | Notice of Hearing- | Event | **SEPTEMBER 6, 2023 @ 9:00 AM** |
| 141 | 08/21/2023 | | Response to Motion | Event | |
| 140 | 08/21/2023 | | Motion for Extension of Time | Event | Parties: Penrod Brothers Inc |
| 139 | 08/18/2023 | | Response to Motion | Event | |
| | 08/18/2023 | | Special Sets | Hearing | **EVIDENTIARY** |
| 138 | 08/17/2023 | | Response to Motion | Event | |
| 137 | 08/17/2023 | | Motion for Extension of Time | Event | Parties: Penrod Brothers Inc |
| 136 | 08/17/2023 | | Order: | Event | **CANCELLING HEARINGS, ETC.** |
| 135 | 08/16/2023 | | Order for Substitution of Counsel | Event | |
| 131 | 08/16/2023 | | Notice of Cancellation of Hearing | Event | |
| 130 | 08/16/2023 | | Notice: | Event | **OF WITHDRAW OF MOTION** |
| | 08/16/2023 | | Motion Calendar | Hearing | **PLAINTIFF'S EXPEDITED MOTION FOR CLARIFICATION OF THIS COURT'S ORDER OF DISMISSAL ENTERED AUGUST 1, 2023 (DE 117) - (DE 120 AND DE 121)** |
| 134 | 08/15/2023 | | Notice: | Event | **OF DUANE MORRIS LLP'S CONSENT TO MOTION FOR SUBSTITUTION OF COUNSEL** |
| 133 | 08/14/2023 | | Notice: | Event | **OF WITHDRAWAL OF MOTION** |
| 132 | 08/14/2023 | | Response to Motion | Event | |
| 129 | 08/14/2023 | | Notice of Cancellation of Hearing | Event | **08/16/2023 AT 9:00AM** |
| 128 | 08/14/2023 | | Stipulation for Substitution of Counsel | Event | |
| 127 | 08/14/2023 | | Notice of Appearance | Event | |
| 126 | 08/10/2023 | | Notice of Hearing- | Event | **08/16/2023 AT 9:00 AM** |
| 125 | 08/09/2023 | | Notice of Appearance | Event | Parties: City of Miami Beach Florida |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 124 | 08/08/2023 | | Response: | Event | **IN OPPOSITION TO PLAINTIFF'S EXPEDITED MOTION FOR CLARIFICATION** |
| 📄 | 123 | 08/08/2023 | | Response to Motion | Event | **FOR CLARIFICATION** |
| 📄 | 122 | 08/08/2023 | | Notice of Cancellation of Hearing | Event | |
| 📄 | 121 | 08/07/2023 | | Motion for Clarification | Event | |
| 📄 | 120 | 08/07/2023 | | Motion for Clarification | Event | |
| 📄 | 119 | 08/07/2023 | | Notice of Appearance | Event | Parties: Hockman Eric P; City of Miami Beach Florida |
| | | 08/07/2023 | | Case Management Conference | Hearing | **INITIAL CMC** |
| | | 08/04/2023 | | Special Sets | Hearing | **PL'S VERIFIED EMERGENCY MOTION FOR ENTRY OF TEMPORARY INJUNCTION** |
| | | 08/04/2023 | | Special Sets | Hearing | **PL'S VERIFIED EMERGENCY MOTION FOR ENTRY OF TEMPORARY INJUNCTION** |
| 📄 | 118 | 08/03/2023 | | Motion: | Event | **TO COMPEL PRODUCTION BY NON-PARTY MAJOR FOOD GROUP LLC OF TEXTS DURING DEPOSITION** |
| | | 08/03/2023 | | Special Sets | Hearing | **PL'S VERIFIED EMERGENCY MOTION FOR ENTRY OF TEMPORARY INJUNCTION** |
| | | 08/03/2023 | | Special Sets | Hearing | **PLAINTIFF'S EMERGENCY MOTION FOR ENTRY OF TEMPORARY INJUNCTION D.E. 34** |
| | | 08/03/2023 | | Special Sets | Hearing | **PLAINTIFF'S EMERGENCY MOTION FOR ENTRY OF TEMPORARY INJUNCTION** |
| 📄 | 117 | 08/01/2023 | | Order: | Event | **ON CITY OF MIAMI BEACH'S MOTION TO DISMISS (DE 35) AND BOUCHER BROTHERS LLC'S MOTION TO DISMISS (DE 34)** |
| 📄 | 116 | 08/01/2023 | | Notice of Filing: | Event | **JULY 28, 2023 HEARING TRANSCRIPT** |
| 📄 | 115 | 07/31/2023 | | Notice of Unavailability/absence | Event | |
| 📄 | 114 | 07/30/2023 | | Order: | Event | **GRANTING IN PART, NON-PARTY MAJOR FOOD GROUP LLC'S MOTION FOR PROTECTIVE ORDER AND GRANTING IN PART, PLAINTIFF'S MOTION TO COMPEL** |
| 📄 | 113 | 07/27/2023 | | Response: | Event | |
| 📄 | 112 | 07/27/2023 | | Motion for Extension of Time | Event | Parties: Penrod Brothers Inc |
| 📄 | 111 | 07/27/2023 | | Notice of Filing: | Event | **TRANSCRIPTS OF FINANCE AND ECONOMIC RESILIENCY COMMITTEE ("FERC") MEETINGS** |
| 📄 | 110 | 07/27/2023 | | Notice: | Event | **TRANSCRIPTS OF CITY OF MIAMI BEACH COMMISSION MEETINGS** |
| 📄 | 109 | 07/27/2023 | | Notice of Filing: | Event | **RETURNS OF SERVICE** |
| 📄 | 108 | 07/27/2023 | | Notice: | Event | **OF WITHDRAWAL OF SUBPOENAS FOR TESTIMONY OF AUGUST 3, 2023 AND AUGUST 4, 2023** |
| 📄 | 107 | 07/27/2023 | | Amended Notice of Hearing | Event | **JULY 28, 2023 AT 8:30 A.M., VIA ZOOM.** |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 106 | 07/27/2023 | | Motion in Limine | Event | |
| 📄 | 105 | 07/26/2023 | | Notice of Hearing- | Event | **7-28-2023** |
| 📄 | 104 | 07/26/2023 | | Notice of Filing: | Event | **SUPPLEMENTAL AUTHORITY IN SUPPORT.** |
| 📄 | 103 | 07/26/2023 | | Order: | Event | **PROPOSED ORDER ON CITY'S EMERGENCY MOTION TO QUASH SUBPOENAS FOR EVIDENTIARY HEARING** |
| 📄 | 102 | 07/26/2023 | | Emergency Motion | Event | **TO QUASH** |
| 📄 | 101 | 07/26/2023 | | Emergency Motion | Event | **TO QUASH SUBPOENAS AD TESTIFICANDUM DIRECTED TO** |
| 📄 | 100 | 07/24/2023 | | Case Management Report | Event | |
| 📄 | 99 | 07/24/2023 | | Notice of Filing: | Event | **CORRECTED JULY 21, 2023 HEARING TRANSCRIPT** |
| 📄 | 98 | 07/21/2023 | | Notice of Filing: | Event | **JULY 21, 2023 HEARING TRANSCRIPT** |
| | | 07/21/2023 | | Special Sets | Hearing | **BOUCHER BROTHERS MIAMI BEACH LLC'S MOTION TO DISMISS D.E. 34; DEFENDANT CITY OF MIAMI BEACH'S MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM AND ON SOVEREIGN IMMUNITY GROUNDS D.E. 35** |
| 📄 | 97 | 07/20/2023 | | Response to Motion | Event | **TO AUTHORIZE TAKING DEPOSITION OF** |
| | | 07/20/2023 | | Special Sets | Hearing | **NON-PARTY MAJOR FOOD GROUP LLC'S MOTION FOR PROTECTIVE ORDER** |
| | | 07/20/2023 | | Special Sets | Hearing | **NON-PARTY MAJOR FOOD GROUP LLC'S MOTION FOR PROTECTIVE ORDER** |
| | | 07/20/2023 | | Special Sets | Hearing | **NON-PARTY MAJOR FOOD GROUP LLC'S MOTION FOR PROTECTIVE ORDER** |
| | | 07/20/2023 | | Special Sets | Hearing | **BOUCHER BROTHERS MIAMI BEACH, LLCS MOTION TO DISMISS D.E. 34; CITY OF MIAMI BEACHS MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM AND ON SOVEREIGN IMMUNITY GROUNDS(DE 35)** |
| 📄 | 96 | 07/19/2023 | | Notice: | Event | **OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS** |
| | | 07/17/2023 | | Motion Calendar | Hearing | **PL'S EXPEDITED MOTION FOR RECONSIDERATION AND CLARIFICATION OF THIS COURT'S RULING RENDERED JUNE 13, 2023 (DE 59)** |
| | | 07/17/2023 | | Motion Calendar | Hearing | **PL'S EXPEDITED MOTION FOR RECONSIDERATION AND CLARIFICATION OF THIS COURT'S RULING RENDERED JUNE 13, 2023** |
| | | 07/17/2023 | | Motion Calendar | Hearing | **PL'S EXPEDITED MOTION FOR RECONSIDERATION AND CLARIFICATION OF THIS COURT'S RULING RENDERED JUNE 13, 2023** |
| | | 07/17/2023 | | Motion Calendar | Hearing | **PL'S EXPEDITED MOTION FOR RECONSIDERATION AND CLARIFICATION OF THIS COURT'S RULING RENDERED JUNE 13, 2023** |
| 📄 | 95 | 07/14/2023 | | Notice of Hearing- | Event | **WEDNESDAY JULY 20, 2023 AT 10:00 A.M.** |
| 📄 | 94 | 07/12/2023 | | Notice of Hearing- | Event | **JULY 21, 2023 AT 10:00 A.M. - 11:00 A.M.** |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 93 | 07/12/2023 | | Amended Notice of Hearing | Event | JULY 21, 2023 AT 10:00 A.M. |
| 📄 | 92 | 07/12/2023 | | Notice of Hrg Special Appt | Event | JULY 21, 2023 AT 10:00 A.M. |
| 📄 | 91 | 07/12/2023 | | Response to Request for Admissions | Event | |
| | | 07/12/2023 | | Motion Calendar | Hearing | NON-PARTY MAJOR FOOD GROUP LLCS MOTION FOR PROTECTIVE ORDER AND INCORPORATED MEMORANDUM OF LAW |
| | | 07/12/2023 | | Motion Calendar | Hearing | NON-PARTY MAJOR FOOD GROUP LLCS MOTION FOR PROTECTIVE ORDER AND INCORPORATED MEMORANDUM OF LAW |
| | | 07/12/2023 | | Motion Calendar | Hearing | NON-PARTY MAJOR FOOD GROUP LLCS MOTION FOR PROTECTIVE ORDER AND INCORPORATED MEMORANDUM OF LAW |
| | | 07/12/2023 | | Special Sets | Hearing | PLAINTIFF'S MOTION TO SET EVIDENTIARY HEARING ON VERIFIED EMERGENCY MOTION FOR TEMPORARY INJUNCTION |
| 📄 | 90 | 07/11/2023 | | Motion for Continuance | Event | |
| 📄 | 89 | 07/10/2023 | | Response: | Event | IN SUPPORT OF EXPEDITED MOTION FOR RECONSIDERATION |
| 📄 | 88 | 07/10/2023 | | Motion: | Event | TO AUTHORIZE TAKING DEPOSITION OF COMMISSIONER KRISTEN ROSEN GONZALEZ |
| 📄 | 87 | 07/06/2023 | | Amended Notice of Hearing | Event | THURSDAY, AUGUST 3, 2023 AND FRIDAY, AUGUST 4, 2023 TIME: AUGUST 3, 2023-10:00 A.M.-12:00 P.M. AUGUST 4, 2023- 9:00 A.M.- 12:00 P.M. |
| 📄 | 86 | 07/06/2023 | | Notice of Hearing- | Event | JULY 17, 2023 AT 9:00 AM |
| 📄 | 85 | 07/05/2023 | | Notice of Hearing- | Event | AUGUST 3,2023 @ 10:00 AM - 12:00 PM AUGUST4, 2023 @ 9:00 AM - 12:00 PM |
| 📄 | 84 | 07/05/2023 | | Notice of Interrogatory | Event | |
| 📄 | 83 | 07/04/2023 | | Order: | Event | ON PLAINTIFF'S MOTION FOR EMERGENCY RELIEF FILING #176581008 |
| 📄 | 82 | 07/03/2023 | | Motion to Compel | Event | |
| 📄 | 81 | 06/30/2023 | | Notice: | Event | NOTICE OF SERVICE OF PRIVILEGE LOG |
| 📄 | 80 | 06/30/2023 | | Response to Request for Production | Event | |
| 📄 | 79 | 06/30/2023 | | Response to Request for Admissions | Event | |
| 📄 | 78 | 06/30/2023 | | Response to Motion | Event | |
| 📄 | 77 | 06/30/2023 | | Response to Motion | Event | |
| 📄 | 76 | 06/30/2023 | | Motion to Compel | Event | |
| 📄 | 75 | 06/29/2023 | | Notice of Filing: | Event | EMERGENCY MOTION FOR TEMPORARY INJUNCTION. |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | 06/29/2023 | | Special Sets | Hearing | DEFENDANT CITY OF MIAMI BEACHS MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM AND ON SOVEREIGN IMMUNITY GROUNDS (DE 35)DEFENDANT BOUCHER BROTHERS MIAMI BEACH, LLCS MOTION TO DISMISS (DE 34) |
| 📄 | 74 | 06/28/2023 | | Notice of Hearing- | Event | JULY 12, 2023 AT 1:30 PM, VIA ZOOM. |
| 📄 | 73 | 06/27/2023 | | Notice of Cancellation of Hearing | Event | |
| 📄 | 70 | 06/26/2023 | | Motion to Strike | Event | |
| 📄 | 72 | 06/23/2023 | | Notice of Hearing- | Event | JULY 12, 2023. |
| 📄 | 71 | 06/23/2023 | | Notice of Hrg Special Appt | Event | JUNE 29, 2023. |
| 📄 | 68 | 06/23/2023 | | Order Setting CM Deadline | Event | |
| 📄 | 69 | 06/22/2023 | | Notice of Unavailability/absence | Event | |
| 📄 | 67 | 06/22/2023 | | Notice of Unavailability/absence | Event | |
| 📄 | 66 | 06/22/2023 | | Request for Admissions | Event | |
| 📄 | 65 | 06/22/2023 | | Request for Production | Event | |
| 📄 | 64 | 06/22/2023 | | Notice of Interrogatory | Event | |
| 📄 | 63 | 06/21/2023 | | Motion for Protective Order | Event | |
| 📄 | 62 | 06/20/2023 | | Notice: | Event | OF JOINDER WITH DEFENDANT'S MOTION TO STRIKE |
| 📄 | 61 | 06/20/2023 | | Response to Motion | Event | |
| 📄 | 60 | 06/20/2023 | | Notice of Filing: | Event | JUNE 13, 2023, HEARING TRANSCRIPT |
| 📄 | 59 | 06/20/2023 | | Motion for Clarification | Event | |
| 📄 | 58 | 06/20/2023 | | Motion to Strike | Event | Parties: City of Miami Beach Florida |
| 📄 | 57 | 06/13/2023 | | Notice of Filing: | Event | |
| 📄 | 56 | 06/13/2023 | | Notice of Filing: | Event | SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT |
| | | 06/13/2023 | | Special Sets | Hearing | (1) DEFENDANT CITY OF MIAMI BEACH'S MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM AND ON SOVEREIGN IMMUNITY GROUNDS (DE 35)(2) DEFENDANT BOUCHER BROTHERS MIAMI BEACH LLC'S MOTION TO DISMISS (DE 34)(3) PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY AND LEAVE OF COURT TO TAKE WITNESS DEPOSITIONS (DE 19)(4) DEFENDANT CITY OF MIAMI BEACH'S AMENDED MOTION FOR PROTECTIVE ORDER |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 06/13/2023 | | Special Sets | Hearing | (1) DEFENDANT CITY OF MIAMI BEACH'S MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM AND ON SOVEREIGN IMMUNITY GROUNDS (DE 35)(2) DEFENDANT BOUCHER BROTHERS MIAMI BEACH LLC'S MOTION TO DISMISS (DE 34)(3) PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY AND LEAVE OF COURT TO TAKE WITNESS DEPOSITIONS (DE 19)(4) DEFENDANT CITY OF MIAMI BEACH'S AMENDED MOTION FOR PROTECTIVE ORDER |
| | 06/13/2023 | | Special Sets | Hearing | (1) DEFENDANT CITY OF MIAMI BEACH'S MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM AND ON SOVEREIGN IMMUNITY GROUNDS (DE 35)(2) DEFENDANT BOUCHER BROTHERS MIAMI BEACH LLC'S MOTION TO DISMISS (DE 34)(3) PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY AND LEAVE OF COURT TO TAKE WITNESS DEPOSITIONS (DE 19)(4) DEFENDANT CITY OF MIAMI BEACH'S AMENDED MOTION FOR PROTECTIVE ORDER |
| 55 | 06/12/2023 | | Response to Motion | Event | |
| 54 | 06/12/2023 | | Response to Motion | Event | **TO STRIKE** |
| 53 | 06/12/2023 | | Memorandum | Event | **IN OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT FILED BY DEFENDANT CITY OF MIAMI BEACH** |
| 52 | 06/12/2023 | | Memorandum | Event | **IN OPPOSITION TO MOTION TO DISMISS FILED BY DEFENDANT BOUCHER BROTHERS MIAMI BEACH LLC** |
| 51 | 06/12/2023 | | Notice of Filing: | Event | **JUNE 8, 2023 HEARING TRANSCRIPT)** |
| 50 | 06/12/2023 | | Notice of Hrg Special Appt | Event | **(CORRECTED) JUNE 13, 2023 AT 2:00 P.M., VIA ZOOM.** |
| 49 | 06/12/2023 | | Notice of Hearing- | Event | **JUNE 13, 2023 AT 2:00 PM, VIA ZOOM.** |
| 48 | 06/12/2023 | | Notice of Hrg Special Appt | Event | **JUNE 12, 2023 AT 2:00 P.M., VIA ZOOM.** |
| 47 | 06/12/2023 | | Memorandum | Event | |
| 46 | 06/12/2023 | | Motion to Strike | Event | Parties: Penrod Brothers Inc |
| 45 | 06/08/2023 | | Order Setting CM Deadline | Event | |
| | 06/08/2023 | | Special Sets | Hearing | **PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY AND LEAVE OF COURT TO TAKE WITNESS DEPOSITIONS AND CITY OF MIAMI BEACH'S MOTION FOR PROTECTIVE ORDER** |
| | 06/08/2023 | | Special Sets | Hearing | **PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY AND LEAVE OF COURT TO TAKE WITNESS DEPOSITIONS AND CITY OF MIAMI BEACH'S MOTION FOR PROTECTIVE ORDER** |
| | 06/08/2023 | | Special Sets | Hearing | **PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY AND LEAVE OF COURT TO TAKE WITNESS DEPOSITIONS AND CITY OF MIAMI BEACH'S MOTION FOR PROTECTIVE ORDER** |
| | 06/08/2023 | | Special Sets | Hearing | **PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY AND LEAVE OF COURT TO TAKE WITNESS DEPOSITIONS AND CITY OF MIAMI BEACH'S MOTION FOR PROTECTIVE ORDER** |
| 43 | 06/07/2023 | | Order Setting CM Deadline | Event | |
| 42 | 06/07/2023 | | Order Setting CM Deadline | Event | |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 41 | 06/07/2023 | | Motion to Strike | Event | Parties: Penrod Brothers Inc |
| 44 | 06/06/2023 | | Motion: | Event | **FOR EXPEDITED DISCOVERY AND LEAVE OF COURT TO TAKE WITNESS DEPOSITIONS** |
| 40 | 06/05/2023 | | Motion for Protective Order | Event | |
| 39 | 06/05/2023 | | Notice of Unavailability/absence | Event | |
| 38 | 06/05/2023 | | Notice of Hearing- | Event | **JULY 12, 2023 AT 1:30 P.M.** |
| 37 | 06/02/2023 | | Notice of Filing: | Event | **DECLARATION OF CITY MANAGER.** |
| 36 | 06/02/2023 | | Memorandum | Event | |
| 35 | 06/01/2023 | | Motion to Dismiss | Event | Parties: City of Miami Beach Florida |
| 34 | 06/01/2023 | | Motion to Dismiss | Event | Parties: Boucher Brothers Miami Beach LLC |
| 33 | 06/01/2023 | | Notice of Appearance | Event | Parties: Boucher Brothers Miami Beach LLC |
| 32 | 06/01/2023 | | Service Returned | Event | |
| 31 | 06/01/2023 | | Notice of Hearing- | Event | **JUNE 8, 2023.** |
| 30 | 06/01/2023 | | Notice of Hearing- | Event | **06/08/2023 @ 8:30 AM VIA ZOOM JUDGE LISA WALSH** |
| 29 | 05/26/2023 | | Notice of Hearing- | Event | **JUNE8, 2023.** |
| 28 | 05/25/2023 | | Notice of Filing: | Event | **VERIICATION PAGE** |
| 27 | 05/24/2023 | | Amended Complaint | Event | |
| | 05/24/2023 | | Motion Calendar | Hearing | **PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY AND LEAVE OF COURT TO TAKE WITNESS DEPOSITIONS\|\|PLAINTIFF'S MOTION TO SET EVIDENTIARY HEARING ON PLAINTIFF'S EMERGENCY MOTION FOR ENTRY OF TEMPORARY INJUNCTION** |
| 26 | 05/23/2023 | | Motion for Protective Order | Event | |
| 25 | 05/23/2023 | | Response to Motion | Event | |
| | 05/23/2023 | | 20 Day Summons Issued | Service | |
| 21 | 05/23/2023 | | ESummons 20 Day Issued | Event | **RE: INDEX # 11.** Parties: City of Miami Beach Florida |
| | 05/23/2023 | | 20 Day Summons Issued | Service | |
| 20 | 05/23/2023 | | ESummons 20 Day Issued | Event | **RE: INDEX # 10.** Parties: Boucher Brothers Miami Beach LLC |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 24 | 05/22/2023 | | Response to Motion | Event | |
| 📄 | 23 | 05/22/2023 | | Notice of Hearing- | Event | **MAY 24, 2023 FOR 9:00 AM** |
| 📄 | 22 | 05/22/2023 | | Request for Hearing | Event | |
| 📄 | 19 | 05/22/2023 | | Emergency Motion | Event | **FOR EXPEDITED DISCOVERY AND LEAVE OF COURT TO TAKE WITNESS DEPOSITIONS** |
| 📄 | 18 | 05/18/2023 | | Order Setting CM Deadline | Event | |
| 📄 | 17 | 05/18/2023 | | Order Setting CM Deadline | Event | |
| 📄 | 16 | 05/18/2023 | | Order Setting CM Deadline | Event | |
| 📄 | 15 | 05/18/2023 | | Order Setting CM Deadline | Event | |
| | 12 | 05/18/2023 | | Receipt: | Event | **RECEIPT#:3180340 AMT PAID:$20.00 NAME:KAUFMAN, LANCE EDELBOIM LIEBERMAN REVAH, PLLC 20200 W. DIXIE HWY, MIAMI FL 33180 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:EFILINGS TENDER AMT:$20.00 RECEIPT DATE:05/18/2023 REGISTER#:318 CASHIER:EFILINGUSER** |
| 📄 | 14 | 05/17/2023 | | Attachment and/or Exhibit to Order | Event | |
| 📄 | 13 | 05/17/2023 | | Order: | Event | **DENYING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY INJUNCTION (DE 2)** |
| 📄 | 9 | 05/16/2023 | | Response to Motion | Event | |
| 📄 | 8 | 05/16/2023 | | Response to Motion | Event | |
| | 7 | 05/16/2023 | | Receipt: | Event | **RECEIPT#:3210203 AMT PAID:$401.00 NAME:HUDSON, PHILLIP M., III 201 S BISCAYNE BLVD STE 3400 MIAMI FL 33131-4325 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:EFILINGS TENDER AMT:$401.00 RECEIPT DATE:05/16/2023 REGISTER#:321 CASHIER:EFILINGUSER** |
| 📄 | 11 | 05/15/2023 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 📄 | 10 | 05/15/2023 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 📄 | 5 | 05/12/2023 | | Copy of: | Event | **UNISSUED SUMMONS** |
| 📄 | 4 | 05/12/2023 | | Copy of: | Event | **UNISSUED SUMMONS** |
| 📄 | 3 | 05/12/2023 | | Civil Cover Sheet - Claim Amount | Event | |
| 📄 | 2 | 05/12/2023 | | Complaint | Event | |
| 📄 | 1 | 05/12/2023 | | Civil Cover Sheet - | Event | |

| Number | Date | Book/Page | Docket Entry | Claim Amount / Event Type | Comments |
|--------|------|-----------|--------------|---------------------------|----------|

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



**Juan Fernandez-Barquin**
Clerk of the Court and Comptroller
Miami-Dade County

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2023 Clerk of the Courts. All rights reserved.



