UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23362-CIV-MARTINEZ

PENROD BROTHERS INC.,

    Plaintiff,

vs.

THE CITY OF MIAMI BEACH, FLORIDA,

    Defendant.
_____/

**REMOVAL STATUS REPORT**

Defendant, City of Miami Beach, Florida ("City"), pursuant to the requirements of this Court's Notice of Court Practice in Removal Cases dated September 5, 2023 [ECF No. 6], hereby files this Removal Status Report and states:

1. Plaintiff's Second Amended Complaint ("Complaint") consists of six counts of state and federal claims against the City [ECF No. 1-4 at 648–677]. Count I is a procedural due process claim under 42 U.S.C. § 1983. Count II is a procedural due process claim under Art. I, Sec. 9 of the Florida Constitution. Count III is a claim that the City violated the City's Charter or the City's Code. Count IV seeks declaratory relief for the City's violation of the City's Charter or the City's Code. Count V is a substantive due process claim under 42 U.S.C. § 1983. Count VI is a substantive due process claim under Art. I, Sec. 9 of the Florida Constitution. The Second Amended Complaint alleges that this is an action for damages exceeding $50,000. The City has not raised a counterclaim, cross-claim, or a third-party claim in federal or state court.

2. The City removed this matter to federal court pursuant to 28 U.S.C. § 1441(a) because the Second Amended Complaint asserts causes of actions arising under a federal statute –

42 U.S.C. § 1983 – for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 [ECF No. 1]. The parties to this action are Plaintiff, Penrod Brothers, Inc., and Defendant, City of Miami Beach, Florida.

3. There are no pending motions before this Court. On August 31, 2023, in state court, Plaintiff filed an Agreed, Revised Motion for Extension of Time to File Second Amended Complaint, which was still pending at the time of removal. The City will separately refile the motion pursuant to the Notice of Court Practice in Removal Cases [ECF No. 6 ¶ 3]. The parties have agreed to an order concerning this motion that the Plaintiff is expected to provide to the Court.

4. The City is the only defendant and consents to the Notice of Removal, which it filed.

5. The City timely removed this action on September 1, 2023, four days after service of the Second Amended Complaint on August 28, 2023. Prior to the Second Amended Complaint, Plaintiff did not allege any federal claims against the City. Thus, by effecting removal on September 1, 2023, the City has timely removed the action within 30 days after the receipt of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based. *See* 28 U.S.C. § 1446(b)(3).

Dated:   September 15, 2023

                                                Respectfully submitted,

                                                **WEISS SEROTA HELFMAN**
                                                **COLE & BIERMAN, P.L.**
                                                2800 Ponce de Leon Blvd., Suite 1200
                                                Coral Gables, Florida 33134
                                                Telephone: (305) 854-0800

                                                By:    /s/ *Eric P. Hockman*
                                                **ERIC P. HOCKMAN, ESQ.**
                                                Florida Bar No. 64879
                                                ehockman@wsh-law.com

**CERTIFICATE OF SERVICE**

We hereby certify that on September 15, 2023, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

/s/ *Eric P. Hockman*
**ERIC P. HOCKMAN, ESQ.**
Florida Bar No. 64879
ehockman@wsh-law.com

**SERVICE LIST**

| | |
|---|---|
| STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A<br>Jason S. Koslowe, Esq.<br>Florida Bar No.: 122758<br>jkoslowe@stearnsweaver.com<br>Maria A. Fehretdinov, Esq.<br>Florida Bar No.: 52084<br>mfehretdinov@stearnsweaver.com<br>150 West Flagler Street, Suite 2200 Miami, FL 33130<br>Telephone: (305) 789-3200<br>Facsimile: (305) 789-3395<br>*Counsel for Plaintiff Penrod Brothers, Inc.* | RAFAEL A. PAZ, CITY ATTORNEY<br>CITY OF MIAMI BEACH<br>1700 CONVENTION CENTER DRIVE<br>4TH FLOOR-LEGAL DEPARTMENT<br>MIAMI BEACH, FLORIDA 33139<br>TEL: (305) 673-7470<br>FAX: (305) 673-7002<br><br>ROBERT F. ROSENWALD, JR.<br>Chief Deputy City Attorney<br>robertrosenwald@miamibeachfl.gov<br>Florida Bar No. 0190039<br><br>HENRY J. HUNNEFELD<br>First Assistant City Attorney<br>henryhunnefeld@miamibeachfl.gov<br>Florida Bar No. 343811<br><br>FREDDI MACK<br>Senior Assistant City Attorney<br>freddimack@miamibeachfl.gov<br>Florida Bar No. 111623 |

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.