Tab – 9

Message
_____

**From:**       RafaelPaz@miamibeachfl.gov [RafaelPaz@miamibeachfl.gov]
**Sent:**       4/13/2023 12:29:02 PM
**To:**         AlinaHudak@miamibeachfl.gov; EricCarpenter@miamibeachfl.gov
**Subject:**    Fw: meeting


just fyi i do try to loop you in as much as possible, and yet...

_____

**From:** Gonzalez, Amada <AmadaGonzalez@miamibeachfl.gov>
**Sent:** Thursday, April 13, 2023 12:14 PM
**To:** Paz, Rafael <RafaelPaz@miamibeachfl.gov>
**Subject:** FW: meeting

FYI

## MIAMIBEACH

**Amada Gonzalez,** *Assistant to the City Attorney*
OFFICE OF THE CITY ATTORNEY
Tel: 305-673-7470  Ext 26607

_____

**From:** Gonzalez, Amada
**Sent:** Thursday, April 13, 2023 12:11 PM
**To:** Leon, Samantha <SamanthaLeon@miamibeachfl.gov>
**Subject:** RE: meeting

Ok, I'll let Rafael know.

Thank you,

## MIAMIBEACH

**Amada Gonzalez,** *Assistant to the City Attorney*
OFFICE OF THE CITY ATTORNEY
Tel: 305-673-7470  Ext 26607

_____

**From:** Leon, Samantha <SamanthaLeon@miamibeachfl.gov>
**Sent:** Thursday, April 13, 2023 12:07 PM
**To:** Gonzalez, Amada <AmadaGonzalez@miamibeachfl.gov>
**Subject:** RE: meeting

Michele just said Paz, Mayor and Steve.

Thank you,
Sam



**Samantha Leon**
*Office Manager and Executive Assistant to Mayor Dan Gelber*
OFFICE OF THE MAYOR AND COMMISSION

CMB0017065

1700 Convention Center Drive, 4th Floor, Miami Beach, FL 33139
SamanthaLeon@miamibeachfl.gov

*We are committed to providing excellent public service and safety to all who live, work and play in our vibrant, tropical, historic community.*

---

**From:** Gonzalez, Amada <AmadaGonzalez@miamibeachfl.gov>
**Sent:** Thursday, April 13, 2023 12:06 PM
**To:** Leon, Samantha <SamanthaLeon@miamibeachfl.gov>
**Subject:** RE: meeting

Eric too?

**MIAMIBEACH**

**Amada Gonzalez,** *Assistant to the City Attorney*
OFFICE OF THE CITY ATTORNEY
Tel: 305-673-7470  Ext 26607

---

**From:** Leon, Samantha <SamanthaLeon@miamibeachfl.gov>
**Sent:** Thursday, April 13, 2023 11:59 AM
**To:** Gonzalez, Amada <AmadaGonzalez@miamibeachfl.gov>
**Subject:** RE: meeting

Thanks! Let me check with Steve and I will send an invite hopefully soon ☺

Thank you,
Sam



**Samantha Leon**
*Office Manager and Executive Assistant to Mayor Dan Gelber*
OFFICE OF THE MAYOR AND COMMISSION
1700 Convention Center Drive, 4th Floor, Miami Beach, FL 33139
SamanthaLeon@miamibeachfl.gov

*We are committed to providing excellent public service and safety to all who live, work and play in our vibrant, tropical, historic community.*

---

**From:** Gonzalez, Amada <AmadaGonzalez@miamibeachfl.gov>
**Sent:** Thursday, April 13, 2023 11:38 AM
**To:** Leon, Samantha <SamanthaLeon@miamibeachfl.gov>
**Subject:** RE: meeting

Hi Sam,

All is good, hope the same for you. ☺

Rafael is available on the following  days and times:

April 14th – any time in the afternoon
April 17th - 10:00 a.m.
April 18th – 10:00 a.m. – noon or any time after 3:00 p.m.

April 19th – 10:00 a.m. – noon
April 20th – any time in the afternoon
Week of April 24th  - CC meeting briefings

If not already included, please invite Eric Carpenter to join the meeting.

Thank you,

## MIAMI BEACH

**Amada Gonzalez,** *Assistant to the City Attorney*
OFFICE OF THE CITY ATTORNEY
Tel: 305-673-7470  Ext 26607

---

**From:** Leon, Samantha <SamanthaLeon@miamibeachfl.gov>
**Sent:** Thursday, April 13, 2023 10:25 AM
**To:** Gonzalez, Amada <AmadaGonzalez@miamibeachfl.gov>
**Subject:** meeting

Hi Amada,

I hope you are having a great week so far.
Are you able to tell me when Rafael is available within the next couple weeks for the meeting below?

Thank you,
Sam



**Samantha Leon**
*Office Manager and Executive Assistant to Mayor Dan Gelber*
OFFICE OF THE MAYOR AND COMMISSION
1700 Convention Center Drive, 4th Floor, Miami Beach, FL 33139
SamanthaLeon@miamibeachfl.gov

*We are committed to providing excellent public service and safety to all who live, work and play in our vibrant, tropical, historic community.*

---

**From:** Burger, Michele <MicheleBurger@miamibeachfl.gov>
**Sent:** Thursday, April 13, 2023 9:55 AM
**To:** Leon, Samantha <SamanthaLeon@miamibeachfl.gov>
**Subject:** meeting

Please schedule a meeting with Mayor, Rafael Paz and Steve Boucher. Thank you.

MIAMI**BEACH**
**Michele Burger**
*Chief of Staff*
OFFICE OF THE MAYOR AND COMMISSION
1700 Convention Center Drive, 4th floor, Miami Beach, FL 33139
305-673-7030 ext. 6460
www.miamibeachfl.gov

CMB0017067

CMB0017068