Index to Attachments - Plaintiff's Response to ECF 113, Defs MPO re Elected Officials

| Tab | Date | Description | Bates |
|---|---|---|---|
| 1 | 09/06/21 | Email from Adrian Morales to Alina Hudak, Mark Taxis and Eric Carpenter re: Nikki Beach | MB00093150 |
| 2 | 10/18/22 | Text Messages - SB and Arriola | |
| 3 | 04/01/23 | Arriola - Major Food Group Letter | MB00412920 |
| 4 | 04/18/23 | Calendar Item from Samantha Leon re: Meeting with Mayor Gelber, Rafael Paz, Eric Carpenter & Steve Boucher | MB00447985 |
| 5 | 04/25/23 | Email from Lilia Cardillo to Naima De Pinedo, Tiffany Bain and Ozzie Dominguez re: Nikki/Boucher - Addendum 2 | MB00106733 |
| 6 | 04/27/23 | Text Messages between Mr. Zalaznick and Michele | MS_000036 - MS_000041 |
| 8 | 04/28/23 | City of Miami Beach Resolution No. 2023-32586 | n/a |
| 7 | 04/28/23 | Email from Aaron Butler to Ricky Arriola re: Mila Riviera Dining Group | MB00007807 |
| 9 | 04/28/23 | Text Messages | MS_000042 - MS_000044 |
| 10 | May-23 | Composite of Text Message Exchange | CMB0001559 - CMB0001563 |
| 11 | 05/02/23 | Email from Ricky Arriola to Scott Lawyer re: Nikki Beach | MB00006923 |
| 12 | 05/06/23 | MFG-Gelber Texts re Carbone Tix and Herald | |
| 13 | 05/07/23 | Email from David Richardson to Alina Hudak re: Revised Reso re: Nikki Beach Property | MB00307984 |
| 14 | 05/09/23 | Email from David Richardson to Rafael Paz, Rafael Granado and Luis Callejas re: Consent agenda for motion for reconsideration | MB00306730 |
| 15 | 05/17/23 | City of Miami Beach Resolution No. 2023-32612 | n/a |
| 16 | 05/30/23 | Email from Dan Gelber to Rafael Paz re: Nikki Beach | MB00451986 |
| 17 | 06/08/23 | Email from Dan Gelber to Gonzalez AJ re: Potential Zmeeting regarding Penrods (Nikki Beach) A | MB00413416 |
| 18 | 06/09/23 | Email from Alina Hudak to Keith Marks re: Official Confirmation | MB06042731 |
| 19 | 09/27/23 | Email from Dan Gelber to Rafael Paz | MB00414681 |
| 20 | 07/19/23 | Deposition Transcript of Eric Carpenter (Vol. 1) | n/a |
| 21 | 07/20/23 | Deposition Transcript of Eric Carpenter (Vol. 2) | n/a |
| 22 | 09/24/24 | Defendant's Response to Plaintiff's First Interrogatories | n/a |