# Tab – 7

Message

| | |
|---|---|
| **From**: | Aaron J. Butler [ajbutler@avenuerep.com] |
| **Sent**: | 4/28/2023 8:24:09 AM |
| **To**: | RickyArriola@miamibeachfl.gov |
| **CC**: | Greg Galy [greg@rivieradininggroup.com] |
| **Subject**: | Mila Riviera Dining Group |

**[ THIS MESSAGE COMES FROM AN EXTERNAL EMAIL - USE CAUTION WHEN REPLYING AND OPENING LINKS OR ATTACHMENTS ]**

Ricky!

Hope you are well!

Greg and I would like to talk to the city about the Nikki beach lease coming up.

We have a concept that will be elevated luxury with minimal noise impact to the neighborhood.

Are you available next week to meet and discuss ?

**AARON J. BUTLER**
PRESIDENT | CEO

**O** 305 397 8012 | **C** 305 803 8554
605 LINCOLN ROAD • SUITE 440
MIAMI BEACH • FL 33139
WWW.AVENUEREP.COM

This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted these risks. Avenue is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.

MB00007807

MB00007808