# Tab – 10



are put in front of the commission, and then we vote (maybe) on an award – that's if everything goes smoothly

2). What typically happens is we get no response to the RFP or we only get 1 or 2 crappy bids. This happened on the Carl Fisher Clubhouse, Spring Break concert programming, etc. and we have to do it all o et again

3). What I said with respect to Boucher is that they seemed to have a compelling idea/proposal (I don't know the specifics but I am told possibly w the Major Food Group as the F/B operator).

4). I said that I will support the city talking to the Boucher Brothers to see what their idea is and to bring it back to the commission.



4). I said that I will support the city talking to the Boucher Brothers to see what their idea is and to bring it back to the commission.

5). Any proposal would have to be approved by the administration and if there is to be a bid waiver, they need 6/7 vote. Something I said they were unlikely to get and that I would probably not support myself (they only got 5 votes this time).

All of this has been out and open to the public and has been brewing since at least Oct/November 2022 – so there is nothing being done in secret or out of the public eye

Pernrods is clearly upset because they now have competition and someone at least as politically connected

CMB0001560



> ...as they are so they are freaking out and stirring up controversy (note – Penrods won the Nikki Beach concession in 2004 on a 5/7 no bid waiver!). The irony/hypocrisy!
>
> My goal, and I said it publicly several times, is to use Boucher as a stalking house – have whatever their proposal is to be used as the new minimum floor that the city will use to attract other bidders.
>
> It's the only way I knew how to get the city and Penrods and everybody else off their asses to pay attention and start the process of figuring out what to do w the property
>
> Mission accomplished!
>
> Now everyone is paying attention and hustling to figure out what to do.

CMB0001561



**Billy**

Mission accomplished!

Now everyone is paying attention and hustling to figure out what to do.

I started a similar process with the Barclay Apartments – a 60 unit building that the city purchased in 2014 to be used as affordable/workforce housing

It's been dormant and nothing has been done with it

So I asked the city to run an appraisal on what the property is worth to see if we sell it, redevelop it, joint venture with a 3rd party etc

KRG freaked out saying I was going to sell it for luxury condo development (not true) etc



CMB0001563