Index to Attachments

| Tab | Date | Description | Bates |
|-----|------|-------------|-------|
| 23 | 04/28/23 | Transcript of City of Miami Beach Commission Meeting | not produced |
| 24 | 05/13/23 | NextDoor posting by Kristen Rosen Gonzalez | not produced |
| 25 | 05/17/23 | Transcript of City of Miami Beach Commission Meeting | not produced |
| 26 | 09/27/23 | Transcript of City of Miami Beach Commission Meeting | not produced |
| 27 | 09/29/23 | Email from Kristen Rosen Gonzalez | not produced |
| 28 | n/a | Federal Elections Committee, queried/filtered data | not produced |