

**Kristen Rosen Gonzalez**
Lakeview • Edited 2 days ago • ⊕

Watch out for the paid political shills advocating for Nikki Beach. Their online smear campaign has lost my vote.

The Nikki Beach owners seem like dishonest people based on all of these bizarre online and media attacks, and I am not sure which residents actually benefit from Nikki's Beach.

Did you know that the Nikki Beach lease for the past twenty years was a bid waiver?

They are such hypocrites.

Have you gone to Nikki Beach recently? I haven't. It's overpriced and a tourist trap. No thank-you.

Miami Beach can do much better.

 13                                    ♡ Like        💬 39 Comments         Share



**Steve B.** · Sunset Lake

Kristen,
How has Miami Beach benefited from Nikki Beach since they were granted the space? Is the Nikki Beach venture profitable and advantageous to the City? Can the City do better leasing to a new entity.
Unfortunately, Miami Beach residents only get propaganda, not facts and numbers.
Let's skip the " He said She said and get the real facts!

3d    Like    Reply    Share                                     3



**Kristen Rosen Gonzalez** Author · Lakeview                    ···

**Steve** there's been a 6.5 % percentage rent for the past 20 years. I believe the city has gotten a rent of around 800k per annum the highest years. They are due for an audit.

Very little money for lots of headaches with noise complaints, etc. We can do much better with resident benefits, revenue generated, and the quality of the overall facility.

Their allocated parking spaces alone could generate more than we currently get in rent.

As for what they do for the City? In my opinion, very little. I did attend a South Pointe PTA event there in 2018. I know they help certain non-profits that provide them a generous write-off.

To give you an idea, I only just met the owners now, and I have been involved in politics for ten years.

This is a massive property! We want resident discounts, resident access, resident reservations, a new facility. We want a place where residents want to take their families. (edited)

3d    Like    Reply    Share                                     6

**Francis R.** · Flamingo/Lummus Central                        ···

**Kristen** and you bring this up now? Where was this concern of yours before this whole fiasco started going public?

3d    Like    Reply    Share                                     4



**Ainslie Murphy** · Mid Beach North East                       ···

**Kristen Rosen Gonzalez** ..put your demands for the new lease in an OPEN RFP...that is all we are asking....you are complaining about a "no bid" award 20 years ago...will there be a complaint in 20 years about your proposed no bid award for Boucher Bros???Just asking?

2d    Like    Reply    Share                                    ❤️ 3

 **Kristen Rosen Gonzalez** Author • Lakeview

At this point, they would have to tear down that facility and change their business model entirely to win my vote, but the smear campaign they have run against us is so awful, now they are suing the City—they have one vote against them for sure, and that is mine.

I think they forgot that we are partners and that this facility does not belong to them. (edited)

3d    Like    Reply    Share

**Francis R.** • Flamingo/Lummus Central

**Kristen** YOU forgot you are partners. All you had to do was to make it a fair and totally transparent bid process. If Nikki's wins on its own merit or if they lose...so be it. As long as it's fair and no "behind closed doors" deal Making. We do not want another repeat of "Boss Tweed"...

3d    Like    Reply    Share                                     10

 **Kristen Rosen Gonzalez** Author • Lakeview

Francis I would like to know
what your interest is in this, which I think you need to reveal. If this is Lucia Penrod, speak up and please
show your face publicly.

Now that you are suing Miami Beach, I have nothing more to say to you, except that I think you have been a bad actor, and that I could never in good conscience vote for you.

I would like to see the current list of all public benefits you return to the City of Miami
beach beyond rent. Do residents get a discount? Are there free beach chairs?

What are the residents getting?

When was the last time Miami
Beach held a public forum or meeting at your place?

Almost nothing for the residents. (edited)

3d    Like    Reply    Share



**Francis R.** • Flamingo/Lummus Central

**Kristen** my interest is a fair and open bidding process. I despise corruption and behind close doors deal making. I really don't care who wins as long as it totally transparent and best for our community.
By the way...did you ever ask the community...yes, your constituents what they would like?
Of course not.
You can spin it any way you like it. You and your compadres are 1000% wrong! You could have avoided this fiasco by at least having a town meeting. But no...you guys decided what's best for the community.
Now your best defense is an offense that makes zero sense!
You wonder why politicians have the same trust factor as used car sales people.

2d    Like    Reply    Share      4



Then as a Council representing the voters...you must decide what the property's value is to the community and the City. Should it be looked at as an income property or a Miami Beach destination or both. Is potential property income of greater importance to the Community or do you forgo potential income to provide a benefit to the local population.

Once you have a clearer parameter of usage, then you can take proposals. After proposals are evaluated then the best qualified entities that are credit and trustworthy should be allowed to bid

Bidders should realize that their existence is based on performance and execution because they answer to a higher authority. Without meeting performance goals, contracts are subject to termination.

We have a City Manager, a bunch of Lawyers working for Miami Beach, not to mention Business people

3d  Like  Reply  Share    4



**Kristen Rosen Gonzalez** Author · Lakeview

Steve one thing I do not want is a big tower. I do not want to develop this land. (edited)

3d  Like  Reply  Share    +1 5



**Pat Greene** · West Avenue

Kristen oh good! That's the one thing I'm really afraid of. But it also wold be nice if locals can afford going there. Everything has become so expensive to enjoy. We are not tourists. Please give us a break

3d  Like  Reply  Share    1



**Kristen Rosen Gonzalez** Author · Lakeview

Pat I agree. The facility has to be accesible to everyone.

3d  Like  Reply  Share    1



**Francis R.** · Flamingo/Lummus Central

Kristen and another high end "Carbone" will do that? Really??

3d  Like  Reply  Share    4



**Kristen Rosen Gonzalez** Author · Lakeview

Francis whatever it is, the residents are going to get a heck of a lot more public benefits that they do now, which apart from a sweetheart rent no-bid deal, is NOTHING. (edited)

3d  Like  Reply  Share



**Pat Greene** · West Avenue

Kristen Rosen Gonzalez Boucher Bros will give Miami Beach residents a resident discount on the beach chairs? They are ridiculously priced now.

3d  Like  Reply  Share    1



**Kristen Rosen Gonzalez** Author · Lakeview

Pat whomever wins the bid, the residents will have serious public benefits. We will insist on it.

3d  Like  Reply  Share

**Francis R.** · Flamingo/Lummus Central

Kristen did you insist on giving local residents a discount on the Bouche no bid contract?

2d  Like  Reply  Share    1

 **Vanessa Menkes** • Mid Beach North West

Hello Commissioner, why do you oppose an open and fair RFP where anyone can bid?
If that occurs there would be no need for a lawsuit.

2d    Like    Reply    Share                                                          6

 **Francis R.** • Flamingo/Lummus Central

Vanessa Kristen.....response?

2d    Like    Reply    Share                                                         ♥ 1



**Dan Potter** · Flamingo/Lummus Central

You may feel there is a smear campaign going on, and could be correct. However, the commissioners all showing up at the Carbone event is the poor optics that I think must uninvolved citizens see as the usual corruption, and that's the troubling part to me and the people I speak to.

2d   Like   Reply   Share   ♥ 6



**Francis R.** · Flamingo/Lummus Central   ···

Dan there's no "smear" campaign. The community wants a simple answer. why was there no "fair and open bid/RFP" at the onset? Only when the community went into an uproar did the commissioners "switched lanes".
Since this is one of the most valuable piece of real estate in Florida... perhaps the entire country , why not have a public referendum? Ask your constituents?
But of course the ELECTED commissioners did not. They got caught with their hand in the Bouche cookie jar.

2d   Like   Reply   Share   ♥ 5



**Steve B.** · Sunset Lake   ···

Dan,
The Mayor and our Commissioners should be attending local events and businesses on a regular basis. It's a good way to stay in touch with the community and promote Miami Beach. Residents cannot simply assume that there is always corruption. Saying that there is corruption also implies that one of our local successful businesses is also corrupt.
Again, please let's stick to the facts.

2d   Like   Reply   Share



**Dan Potter** · Flamingo/Lummus Central   ···

Steve B. The facts are that I said it's poor optics...a bad look. No matter if they should or shouldn't be there, on the heels of the Nikki Beach report, it should be considered, maybe not every single one needs to be there (except Kristen from what I could tell, I wasn't there because I can't afford $3k for dinner).

If you are offended by the use of the word corruption, fair enough. But we live in the Miami metro area and I think it's fair to say that it exists. (edited)

2d   Like   Reply   Share   ♥ 4



**Kristen Rosen Gonzalez**  Author · Lakeview   ···

Dan first of all, I did not attend this year's dinner. Second, we are having a fair RFP process, and my colleagues COULD choose to vote for Nikki Beach if they win, but after the behavior I've seen—I would not vote for them. Period. I just wouldn't because they have done nothing for the residents. Very little public benefit.

2d   Like   Reply   Share



**Steve B.** · Sunset Lake   ···

Dan,
I am far from naive and there may be instances of corruption. I believe it is still wise to be cautious when making accusations as some of our neighbors have done with regard to this issue.
You are correct about the optics, yet the Nikki Beach contract ends 3 years from now. Optics probably weren't a concern.

2d   Like   Reply   Share   ♥ 1



**Salvador Caballero** · Normandy Isle SF   ···

Return this public land to the citizens of Miami Beach. It should be public green space and/or a 100% public use building. It should not be be a private restaurant, lounge, or developers project. This public land is irreplaceable and belongs to the local citizenry. Politicians get out of the Real Estate Business and stop depending on selling and/or leasing public land for tax revenue.

2d   Like   Reply   Share   ♥ 1



**Kristen Rosen Gonzalez**  Author · Lakeview   ···

Salvador you are not wrong on this. We could have a residents' beach club.

2d   Like   Reply   Share   ♥ 3

**Ainslie Murphy** • Mid Beach North East

Surfside has a Resident's Beach Club..pursue it. Commissioner!

2d   Like   Reply   Share    1

**Rick Kendle** • Normandy Isle SF

I don't think the city should be voting on a lease that ends 3 years from now. It gives the impression of impropriety. Nikki Beach sits on park property, legally Pier Park. Any lease, any bidding, any building of a structure must follow the County Charter Parks Amendments. I wouldn't recommend criticizing Boucher Bros publicly right now.

2d   Like   Reply   Share    2

**Rick Kendle** • Normandy Isle SF

Read my post here on NextDoor. The City Attorney seems to have forgotten that Nikki Beach is legally Pier Park. There can be no new Carbone lease or a renewal of Nikki Beach. Residents are sick of the shenanigans with this city administration. Give powers to the IG over Charter issues and let them review the city attorney's office. How many millions have been wasted due to the City Atty not following the law?

1d   Like   Reply   Share    5

**Thom Patric** • Surfside

What about all some of commisions and a Mayor candidate showing up for a free $3000 ticket dinner sponsored by Boucher Brothers and their partner? Do they now count as paid shills? Or just corrupted?

1d   Like   Reply   Share   ❤️ 3

**Elissa Margulies** • West Palm Beach, FL

**Kristen** I am not a paid political shill.  I am a businesswoman who understands that fast tracking a non transparent, no bid contract, is just plain wrong.  Also, since you admit you haven't been to Nikki Beach lately, how can you make a statement about it being "an overpriced tourist trap?" It's statements like this that ruin businesses (that employ a lot of people btw).  Surely, you wouldn't want people saying that about someone else's restaurant that they hadn't been to in a while. (edited)

1d   Like   Reply   Share   ❤️ 6

**Michelle Enlow**

I think each and every venue is going to have people that like it and people that don't. If you don't like it that is certainly your call. As a local I don't "hang out" there but I do take guests when they're in town and everyone I've ever taken LOVES it. They feel they're transported so St Tropez. While it may be pricey I don't think much more than any other restaurant except the food is always good and so is the service. As for the bid waiver 20 years ago I don't know who did that or why but we're talking about NOW, not then and I think it's only fair that there be a BID process that the Penrod's, the Boucher Brothers and anyone else who wants to can bid. I was also there the day Michael Gongora did the proclamation from the city for Jack Penrod Day, either those things mean SOMETHING or they DO NOT and if they don't then let's stop doing them. I just want things to be done FAIRLY!!!

1d  Like  Reply  Share    5

**Francis R.** · Flamingo/Lummus Central

Lots of good ideas on this thread, but answer me this Kristen...why did you not have a community town hall meeting...where everyone can voice their thoughts and opinions...BEFORE the commissioners decided what to do with the space? Do you not represent us, do we not have a voice?

1d  Like  Reply  Share    4


**Thom Patric** · Surfside

Francis R. Sounds like she wants to make sure she can get tickers to next year's $3000 per person dinner for her and her husband. (Doesn't he work for the Galbut Family?)

1d  Like  Reply  Share    1


**Elissa Margulies** · West Palm Beach, FL

Actually, her husband owns a fabulous local restaurant. That's why it's distressing to see her smearing another local establishment, especially since she admits not having been there in years.

1d  Like  Reply  Share    1


**Thom Patric** · Surfside

Elissa Margulies Yes, we all know about the restaurant she sent out on her campaign flyers. But I was told he still has a contract with galbut family as a consulting chef.

1d  Like  Reply  Share    1