# EXHIBIT A

# Jason Koslowe

| | |
|---|---|
| **From:** | Hanlon, Daniel P (MIA - X27593) <Daniel.Hanlon@hklaw.com> |
| **Sent:** | Wednesday, August 16, 2023 1:06 PM |
| **To:** | Jason Koslowe |
| **Cc:** | de Grandy, Miguel A (MIA - X27535); Maria Fehretdinov |
| **Subject:** | RE: Penrod/City of Miami Beach, 2023-16657-CA-01, Substitution of Counsel |

Jason,

Although I do appreciate your efforts in trying to come up with a way to create a binding release of Boucher from liability in this case, we do not believe a joint stipulation of dismissal without prejudice will accomplish that end since there is nothing to currently dismiss – Penrod currently has no standing claims against Boucher. At this point, the only way that my client can be sure that it is not included as a defendant in an amended complaint by Penrod would be a signed release executed by Boucher and Penrod, whereby Penrod would release Boucher from any and all claims or potential claims arising from the matters alleged in, and related to, the previously dismissed complaint. Let me know if that is something your client is willing to do.

Many thanks,

Danny

**Daniel Hanlon** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7593 | Fax 305.789.7799
daniel.hanlon@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Jason Koslowe <jkoslowe@stearnsweaver.com>
**Sent:** Wednesday, August 16, 2023 12:07 PM
**To:** Hanlon, Daniel P (MIA - X27593) <Daniel.Hanlon@hklaw.com>
**Cc:** de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>; Maria Fehretdinov <mfehretdinov@stearnsweaver.com>
**Subject:** RE: Penrod/City of Miami Beach, 2023-16657-CA-01, Substitution of Counsel

*[External email]*
Daniel,

Thank you for the email. We understand and disagree with your position.

You note that there is "nothing legally binding Penrod to that position" to not include Boucher in its amended pleading. We plan to so represent to the Court in a motion for extension, which we trust would be enough for the Court to hold us to that position. We could also file a one sentence joint stipulation by Penrod and Boucher stipulating to dismissal without prejudice of all claims and defenses with each party to bear their own fees (which has the same effect of not rejoining Boucher as a party defendant in the amended pleading). If either solve the "legally binding" point please let me know.

1

Thanks,

Jason

Jason S. Koslowe, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct Number:  305-789-3593
Direct Fax:  305-789-2693
Email:  jkoslowe@stearnsweaver.com
www.stearnsweaver.com

**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF & SITTERSON, P.A.**

---

**From:** Hanlon, Daniel P (MIA - X27593) <Daniel.Hanlon@hklaw.com>
**Sent:** Wednesday, August 16, 2023 11:42 AM
**To:** Jason Koslowe <jkoslowe@stearnsweaver.com>
**Cc:** de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>; Maria Fehretdinov <mfehretdinov@stearnsweaver.com>
**Subject:** RE: Penrod/City of Miami Beach, 2023-16657-CA-01, Substitution of Counsel

Jason,

As discussed yesterday, Boucher Brothers opposes any further extension of time for Penrod to file an amended complaint beyond the twenty (20) days already provided by the Court. Our opposition is based on the following grounds:

1) We do not believe Penrod is able to state a valid cause of action in any way related to the claims previously brought, as it has suffered no injury as the result of any actions taken thus far by the City or Boucher Brothers and has no valid legal interest in the "expectation" of receiving a new lease contract award from the City – if Penrod cannot file any ripe, non-frivolous claims within 20 days, the case should be closed rather than stayed or held in abatement pending some contingency;

2) Florida legal precedent dictates that where the mere passage of time will not cure the premature element of a claim, abatement is not appropriate and dismissal is required;

3) Lastly, from an equity standpoint and given the above legal grounds, abatement is improper where Penrod and Boucher are presently engaged as competitors in a City procurement process and Penrod will not be precluded from re-filing claims after the procurement process if it feels like it has an injury at that point.

While I certainly appreciate the promise to not further include Boucher Brothers as a defendant in any amended complaint by Penrod, there is nothing legally binding Penrod to that position. Until there is an operative amended complaint on file, Boucher is still a defendant in this action and therefore certainly has standing to argue that Penrod should not be given additional time to amend its complaint.

Many thanks,

Danny

**Daniel Hanlon | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7593 | Fax 305.789.7799
daniel.hanlon@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Jason Koslowe <jkoslowe@stearnsweaver.com>
**Sent:** Wednesday, August 16, 2023 11:16 AM
**To:** Hanlon, Daniel P (MIA - X27593) <Daniel.Hanlon@hklaw.com>
**Cc:** de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>; Maria Fehretdinov <mfehretdinov@stearnsweaver.com>
**Subject:** RE: Penrod/City of Miami Beach, 2023-16657-CA-01, Substitution of Counsel

*[External email]*
Daniel,

Thank you again for the call yesterday.
Restating, Plaintiff plans to not include Boucher as a party defendant in its amended pleading. You advised that Boucher likely still objects to the 60-days extension for two reasons (summarizing without attempting to put words in your mouth): the optics of an advantage in the ongoing bid process from the litigation; and Boucher's view that amended claims would still be premature or unattached to already-occurring injury. Our view remains that in light of our statement that Boucher will no longer be a party defendant, Boucher lacks standing to object to the extension (we also disagree with the merits arguments). We also note, extension or not, we will be amending, so the merits argument are also in that sense moot.
Please advise if we can further clarify our position to allow agreement only to the extension of time, all parties reserving all rights otherwise.

Thanks,

Jason

Jason S. Koslowe, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct Number:  305-789-3593
Direct Fax:  305-789-2693
Email:  jkoslowe@stearnsweaver.com
www.stearnsweaver.com

STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.

---

**From:** Hanlon, Daniel P (MIA - X27593) <Daniel.Hanlon@hklaw.com>
**Sent:** Tuesday, August 15, 2023 2:17 PM
**To:** Jason Koslowe <jkoslowe@stearnsweaver.com>
**Cc:** de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>; Maria Fehretdinov

3

<mfehretdinov@stearnsweaver.com>
**Subject:** RE: Penrod/City of Miami Beach, 2023-16657-CA-01, Substitution of Counsel

Jason,

Boucher has no objection to Penrod's withdraw of its motion for temporary injunction and cancellation of the August 18 and 25 hearings.

As far as the 60 day extension, Boucher does object to such a request for multiple reasons, which I believe may be easiest to discuss over the phone. I am available to discuss any time this afternoon, feel free to give me a call at 305-789-7593.

Many thanks,

**Daniel Hanlon | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7593 | Fax 305.789.7799
daniel.hanlon@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Jason Koslowe <jkoslowe@stearnsweaver.com>
**Sent:** Tuesday, August 15, 2023 1:36 PM
**To:** Hanlon, Daniel P (MIA - X27593) <Daniel.Hanlon@hklaw.com>
**Cc:** de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>; Maria Fehretdinov <mfehretdinov@stearnsweaver.com>
**Subject:** RE: Penrod/City of Miami Beach, 2023-16657-CA-01, Substitution of Counsel

*[External email]*
Daniel,

Following up, Plaintiff intends to withdraw its motion for temporary injunction [D.E. 75], and to request cancellation of both the August 18 and August 25 hearings. The City has agreed to this relief. Please let us know if Boucher does as well. We hope to get this on file today.

Plaintiff intends to seek a 60 day extension on its deadline to amend, in light of new counsel joining the matter. The City had expressed to prior counsel a concern about discovery during an extension that they had requested. We agree and accede to a stay of discovery until re-filing. The City has no objection in principal but is following up internally to confirm. Please let us know if Boucher would agree to the extension.

Closely related, we'd like to discuss where Boucher features in such amended pleading. Easiest to frame by phone. Please let us know when you have time for a brief chat.

Looking forward,

Jason


Jason S. Koslowe, Esq.

Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct Number:  305-789-3593
Direct Fax:  305-789-2693
Email:  jkoslowe@stearnsweaver.com
www.stearnsweaver.com

**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF & SITTERSON, P.A.**

---

**From:** Hanlon, Daniel P (MIA - X27593) <Daniel.Hanlon@hklaw.com>
**Sent:** Monday, August 14, 2023 8:11 PM
**To:** Jason Koslowe <jkoslowe@stearnsweaver.com>; Mack, Freddi <FreddiMack@miamibeachfl.gov>; 'EHockman@wsh-law.com' <EHockman@wsh-law.com>; henryhunnefeld <HenryHunnefeld@miamibeachfl.gov>
**Cc:** 'Paz, Rafael' <RafaelPaz@miamibeachfl.gov>; 'Rosenwald, Rob' <RobertRosenwald@miamibeachfl.gov>; de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>; Maria Fehretdinov <mfehretdinov@stearnsweaver.com>; mlswing <MLSwing@duanemorris.com>; Hudson, Phillip M. <PMHudson@duanemorris.com>
**Subject:** Re: Penrod/City of Miami Beach, 2023-16657-CA-01, Substitution of Counsel

Thank you Jason, we appreciate the notice.

Many thanks,

Daniel Hanlon

---

**From:** Jason Koslowe <jkoslowe@stearnsweaver.com>
**Sent:** Monday, August 14, 2023 8:10 PM
**To:** Mack, Freddi <FreddiMack@miamibeachfl.gov>; Hanlon, Daniel P (MIA - X27593) <Daniel.Hanlon@hklaw.com>; 'EHockman@wsh-law.com' <EHockman@wsh-law.com>; henryhunnefeld <HenryHunnefeld@miamibeachfl.gov>
**Cc:** 'Paz, Rafael' <RafaelPaz@miamibeachfl.gov>; 'Rosenwald, Rob' <RobertRosenwald@miamibeachfl.gov>; de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>; Maria Fehretdinov <mfehretdinov@stearnsweaver.com>; mlswing <MLSwing@duanemorris.com>; Hudson, Phillip M. <PMHudson@duanemorris.com>
**Subject:** RE: Penrod/City of Miami Beach, 2023-16657-CA-01, Substitution of Counsel

*[External email]*
All,

Following up: Plaintiff has withdrawn its Motion for Clarification (without prejudice) and cancelled its notice of hearing such motion on motion calendar this Wednesday. We trust you take no issue with this.
To the extent we need to address any of the substantive clarification issues in the motion, we will confer with you before addressing same to the Court.

Kind regards,

Jason

Jason S. Koslowe, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct Number:  305-789-3593
Direct Fax:  305-789-2693
Email:  jkoslowe@stearnsweaver.com
www.stearnsweaver.com

**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF & SITTERSON, P.A.**

---

**From:** Jason Koslowe
**Sent:** Monday, August 14, 2023 6:10 PM
**To:** 'Mack, Freddi' <FreddiMack@miamibeachfl.gov>; 'Hanlon, Daniel P (MIA - X27593)' <Daniel.Hanlon@hklaw.com>; 'EHockman@wsh-law.com' <EHockman@wsh-law.com>; Hunnefeld, Henry <HenryHunnefeld@miamibeachfl.gov>
**Cc:** Paz, Rafael <RafaelPaz@miamibeachfl.gov>; Rosenwald, Rob <RobertRosenwald@miamibeachfl.gov>; de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>; Maria Fehretdinov <mfehretdinov@stearnsweaver.com>; mlswing <MLSwing@duanemorris.com>; Hudson, Phillip M. <PMHudson@duanemorris.com>
**Subject:** RE: Penrod/City of Miami Beach, 2023-16657-CA-01, Substitution of Counsel

Thank you Freddi.

Jason S. Koslowe, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct Number:  305-789-3593
Direct Fax:  305-789-2693
Email:  jkoslowe@stearnsweaver.com
www.stearnsweaver.com

**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF & SITTERSON, P.A.**

---

**From:** Mack, Freddi <FreddiMack@miamibeachfl.gov>
**Sent:** Monday, August 14, 2023 6:09 PM
**To:** Jason Koslowe <jkoslowe@stearnsweaver.com>; 'Hanlon, Daniel P (MIA - X27593)' <Daniel.Hanlon@hklaw.com>; 'EHockman@wsh-law.com' <EHockman@wsh-law.com>; Hunnefeld, Henry <HenryHunnefeld@miamibeachfl.gov>
**Cc:** Paz, Rafael <RafaelPaz@miamibeachfl.gov>; Rosenwald, Rob <RobertRosenwald@miamibeachfl.gov>; de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>; Maria Fehretdinov <mfehretdinov@stearnsweaver.com>; mlswing <MLSwing@duanemorris.com>; Hudson, Phillip M. <PMHudson@duanemorris.com>
**Subject:** RE: Penrod/City of Miami Beach, 2023-16657-CA-01, Substitution of Counsel

The City also has no objection. Thank you.

**MIAMIBEACH**

**Freddi Mack**, *Senior Assistant City Attorney*
OFFICE OF THE CITY ATTORNEY
1700 Convention Center Drive, 4th Floor, Miami Beach, FL 33139
Tel: 305-673-7470  Ext: 26475  /  freddimack@miamibeachfl.gov
Fax: 305-673-7002  /  www.miamibeachfl.gov

*We are committed to providing excellent public service and safety to all who live, work and play in our vibrant, tropical, historic community.*

Please note: Florida has a very broad Public Records Law. Most written communications to or from the City of Miami Beach are public records available to anyone upon request.  Therefore, your e-mail, including your e-mail address, may be subject to public disclosure.

---

**From:** Jason Koslowe <jkoslowe@stearnsweaver.com>
**Sent:** Monday, August 14, 2023 6:07 PM
**To:** 'Hanlon, Daniel P (MIA - X27593)' <Daniel.Hanlon@hklaw.com>; 'EHockman@wsh-law.com' <EHockman@wsh-law.com>; Hunnefeld, Henry <HenryHunnefeld@miamibeachfl.gov>
**Cc:** Paz, Rafael <RafaelPaz@miamibeachfl.gov>; Rosenwald, Rob <RobertRosenwald@miamibeachfl.gov>; Mack, Freddi <FreddiMack@miamibeachfl.gov>; de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>; Maria Fehretdinov <mfehretdinov@stearnsweaver.com>; mlswing <MLSwing@duanemorris.com>; Hudson, Phillip M. <PMHudson@duanemorris.com>
**Subject:** RE: Penrod/City of Miami Beach, 2023-16657-CA-01, Substitution of Counsel

**[ THIS MESSAGE COMES FROM AN EXTERNAL EMAIL - USE CAUTION WHEN REPLYING AND OPENING LINKS OR ATTACHMENTS ]**

Thank you Daniel.

Jason S. Koslowe, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct Number:  305-789-3593
Direct Fax:  305-789-2693
Email:  jkoslowe@stearnsweaver.com
www.stearnsweaver.com

**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF & SITTERSON**, P.A.

---

**From:** Hanlon, Daniel P (MIA - X27593) <Daniel.Hanlon@hklaw.com>
**Sent:** Monday, August 14, 2023 6:06 PM
**To:** Jason Koslowe <jkoslowe@stearnsweaver.com>; 'EHockman@wsh-law.com' <EHockman@wsh-law.com>; henryhunnefeld <HenryHunnefeld@miamibeachfl.gov>
**Cc:** 'RafaelPaz@miamibeachfl.gov' <RafaelPaz@miamibeachfl.gov>; 'RobertRosenwald@miamibeachfl.gov'

<RobertRosenwald@miamibeachfl.gov>; Mack, Freddi <freddimack@miamibeachfl.gov>; de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>; Maria Fehretdinov <mfehretdinov@stearnsweaver.com>; mlswing <MLSwing@duanemorris.com>; Hudson, Phillip M. <PMHudson@duanemorris.com>
**Subject:** RE: Penrod/City of Miami Beach, 2023-16657-CA-01, Substitution of Counsel

Jason,

Defendant Boucher Brothers does not have an objection to your substitution.

Many thanks,

**Daniel Hanlon** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7593 | Fax 305.789.7799
daniel.hanlon@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Jason Koslowe <jkoslowe@stearnsweaver.com>
**Sent:** Monday, August 14, 2023 6:03 PM
**To:** 'EHockman@wsh-law.com' <EHockman@wsh-law.com>; henryhunnefeld <HenryHunnefeld@miamibeachfl.gov>; Hanlon, Daniel P (MIA - X27593) <Daniel.Hanlon@hklaw.com>
**Cc:** 'RafaelPaz@miamibeachfl.gov' <RafaelPaz@miamibeachfl.gov>; 'RobertRosenwald@miamibeachfl.gov' <RobertRosenwald@miamibeachfl.gov>; Mack, Freddi <freddimack@miamibeachfl.gov>; de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>; Maria Fehretdinov <mfehretdinov@stearnsweaver.com>; mlswing <MLSwing@duanemorris.com>; Hudson, Phillip M. <PMHudson@duanemorris.com>
**Subject:** Penrod/City of Miami Beach, 2023-16657-CA-01, Substitution of Counsel

*[External email]*
Eric, Henry, Daniel

Hope this finds you well. Pardon the brief email and need for a quick response. We will be substituting in as counsel for Penrod in the above-captioned matter. We would like to file this afternoon.
Please advise if Defendants consent to substitution.

Looking forward, and kind regards,

Jason S. Koslowe, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct Number:  305-789-3593
Direct Fax:  305-789-2693
Email:  jkoslowe@stearnsweaver.com
www.stearnsweaver.com

8

STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.