IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-cv-23362-LEIBOWITZ/AUGUSTIN-BIRCH

PENROD BROTHERS, INC.,

    *Plaintiff*,

v.

CITY OF MIAMI BEACH,

    *Defendant*.

_____/

## MOTION IN THE ALTERNATIVE FOR LIMITED DISCOVERY CONCERNING BOUCHER'S MOTION TO INTERVENE

Plaintiff Penrod Brothers, Inc. ("Penrod"), by and through its undersigned counsel, moves in the alternative for limited discovery concerning Boucher Brothers Pier Park, LLC's ("Boucher") Motion to Intervene ("Motion to Intervene"), ECF No. [130]. In support, Penrod states:

1. Penrod's Response in Opposition to Boucher's Motion to Intervene, ECF No. [150] ("Opposition" or "Opp.") details the many, many ways that motion fails and why the Court should deny Boucher's requested intervention in full. Among those reasons is that Boucher failed to adduce any evidence to meet its burden to prove every element needed to justify intervention. This motion is filed in the (unlikely) alternative the Court determines that a factual issue bears on intervention, to allow Penrod to take discovery to eliminate that issue.

2. Among the burdens Boucher must meet to properly intervene in this case is the burden to prove that it possesses an interest not adequately represented by the existing litigants, here, the City of Miami Beach (the "City"). Specifically, Boucher needs to prove that the City is not pursuing the "same ultimate objectives" as Boucher in this lawsuit, and further prove a "direct

conflict" between the City's and Boucher's interests. As articulated in the Opposition, Boucher has failed to do that. *See* Opp. at 8–12 (describing, *inter alia*, Boucher's admissions of identical objectives and identical defenses in its Motion to Intervene, and assertions of common interest and joint defense privileges over communications between Boucher and the City).

3. However, if the Court believes there could be factual support for Boucher's position that the City inadequately represents its interests – or if it believes there are any other evidentiary issues present here (to be sure, Penrod submits there are none) – Penrod should be permitted limited discovery to disprove that "factual" representation prior to any ruling on intervention.

4. As this Motion furthers Penrod's Opposition, no separate conferral is required.

**WHEREFORE**, Penrod respectfully requests that in the alternative to denying the Motion to Intervene the Court afford Penrod limited discovery as provided herein, and grant Penrod such other relief as it deems just and proper.

Dated: April 29, 2025

Respectfully submitted,

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: 305-789-3200
Facsimile: 305-789-3395
By: */s/ Jason S. Koslowe*
    MARIA A. FEHRETDINOV
    Florida Bar No. 52084
    mfehretdinov@stearnsweaver.com
    JASON S. KOSLOWE
    Florida Bar No. 122758
    jkoslowe@stearnsweaver.com
    RYAN T. THORNTON
    Florida Bar No. 99195
    rthornton@stearnsweaver.com

***Attorneys for Penrod***

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 29, 2025, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| ROBERT F. ROSENWALD, JR., Chief Deputy City Attorney<br>HENRY J. HUNNEFELD, First Assistant City Attorney<br>FREDDI MACK, Senior Assistant City Attorney<br>henryhunnefeld@miamibeachfl.gov<br>robertrosenwald@miamibeachfl.gov<br>freddimack@miamibeachfl.gov<br>700 Convention Center Drive<br>4th Floor – Legal Department<br>Miami Beach, FL 33139<br><br>*Attorney for Defendant* | Eric P. Hockman, Esq.<br>Edward G. Guedes, Esq.<br>Anne Flanigan, Esq.<br>WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.<br>2800 Ponce De Leon Blvd., Suite 1200<br>Coral Gables, FL 33134<br>ehockman@wsh-law.com<br>eguedes@wsh-law.com<br>aflanigan@wsh-law.com<br><br>*Attorneys for Defendant* |

            */s/ Jason S. Koslowe*
            JASON S. KOSLOWE