UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23362-CIV-LEIBOWITZ/AUGUSTIN-BIRCH

PENROD BROTHERS INC.,
a Florida Corporation,

    Plaintiff,

vs.

THE CITY OF MIAMI BEACH, FLORIDA,
a Florida municipal corporation,

    Defendant.
_____/

## NOTICE OF FILING

Defendant, City of Miami Beach, submits this Notice of Filing and states:

1.    On June 13, 2025, this Court issued its Amended Order [ECF No. 196], dismissing the federal claims with prejudice and remanding the state claims to the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida.

2.    Prior to the Amended Order [ECF No. 196], the Magistrate Judge issued the Order Granting Plaintiff's Motion to Determine Waiver of Privilege [ECF No. 197] ("Discovery Order") on June 2, 2025.  Pursuant to Rule 72(a), Fed. R. Civ. P., the deadline to file objections to the Discovery Order is June 16, 2025.

3.    As a result, the Court's consideration of the merits of this action terminated prior to the deadline to file objections to the Discovery Order.[1]

---

[1] The City notes, however, that the Court may consider collateral issues after an action is no longer pending, such as an award of costs, pursuant to 28 U.S.C. § 1920. *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395 (1990) ("[I]t is well established that a federal court may consider collateral issues after an action is no longer pending. For example, district courts may award costs after an action is dismissed for want of jurisdiction."); *see also Ware v. Pine State*

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.

4. The City acknowledges that this Court has relinquished jurisdiction over this action, and as a result, the City has filed its objection to the Discovery Order in the state court action.

5. In light of the unique posture of this case, the City believes that the state-court judge, and not this Court, should review the City's objections to the Discovery Order. In abundance of caution, however, and to avoid potential claims of waiver, the City files a copy of the objection it filed in the state court action. *See* Exhibit "A" hereto.

Dated: June 16, 2025                                Respectfully submitted,

**WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.**
200 E. Broward Blvd., #1900
Fort Lauderdale, Florida 33301
Telephone: (954) 763-4242

By: */s/ Anne R. Flanigan*
ERIC P. HOCKMAN, ESQ
Florida Bar No. 64879
ehockman@wsh-law.com
ANNE R. FLANIGAN
Florida Bar No. 113889
Aflanigan@wsh-law.com
BRYAN C. SIDDIQUE
Florida Bar No. 1018191
bsiddique@wsh-law.com

**CITY OF MIAMI BEACH**
1700 Convention Center Drive
4th Floor – Legal Department
Miami Beach, FL 33139
Telephone: 305-673-7470
Facsimile: 305-673-7002

By: */s/ Freddi Mack*
FREDDI MACK, ESQ.
Florida Bar No. 111623
freddimack@miamibeachfl.gov

***Attorneys for Defendant***

---

*Mortg. Corp.*, 754 F. App'x 831, 833 (11th Cir. 2018); *Bauknight v. Monroe Cty., Fla.*, 446 F.3d 1327, 1329 (11th Cir. 2006).