UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-23362-LEIBOWITZ/AUGUSTIN-BIRCH

**PENROD BROTHERS, INC.,**

*Plaintiff,*

v.

**THE CITY OF MIAMI BEACH, FLORIDA,**

*Defendant.*
_____/

## FINAL JUDGMENT

The Court previously granted Defendant's Motion to Dismiss with prejudice as to Counts I and V of the Fifth Amended Complaint. [*See* ECF No. 197 at 17]. Accordingly, pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is granted in favor of Defendant and against Plaintiff on Counts I and V of Plaintiff's Fifth Amended Complaint [ECF No. 69] in accordance with this Court's Amended Order [ECF No. 197].

2. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**. The *Clerk of Court* is directed to enter Final Judgment for Defendant and against Plaintiff on Counts I and V of Plaintiff's Fifth Amended Complaint. This case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on September 2, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record