IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-cv-23362-LEIBOWITZ / AUGUSTIN-BIRCH

PENROD BROTHERS INC.,

   *Plaintiff*,

v.

CITY OF MIAMI BEACH,

   *Defendant*.
_____/

## NOTICE OF APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff Penrod Brothers, Inc., by and through undersigned counsel, hereby assigns error to and appeals to the United States Court of Appeals for the Eleventh Circuit from: the District Court's September 2, 2025 Final Judgment [ECF No. 228], and all orders, rulings and determinations by the District Court adverse to Plaintiff merged into and encompassed therein, including but not limited to: the District Court's June 13, 2025 Amended Order [ECF No. 197], (*inter alia* dismissing with prejudice of Counts I and V of Plaintiff's Fifth Amended Complaint [ECF No. 69]), and the District Court's September 2, 2025 Omnibus Order [ECF No. 227], (*inter alia* granting Defendant the City of Miami Beach's Motion for Entry of Rule 58 Judgment [ECF No. 201], denying reconsideration of the District Court's dismissal, and determining that Defendant is the "prevailing party" for relevant purposes).[1]

---

[1] *See* Fed. R. App. P. 3(c)(4) ("The notice of appeal encompasses all orders that, for purposes of appeal, merge into the designated judgment or appealable order. It is not necessary to designate those orders in the notice of appeal."); *Gen. Star Indem. Co. v. Triumph Hous. Mgmt., LLC*, 855 F. App'x 599, 601-02 (11th Cir. 2021) ("[W]hen a district court enters a final judgment, all prior non-final orders and rulings which produced the judgment are merged into the judgment and

Dated: September 30, 2025

Respectfully submitted,

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: 305-789-3200
Facsimile: 305-789-3395

By: */s/ Maria A. Fehretdinov*
    MARIA A. FEHRETDINOV
    Florida Bar No. 52084
    mfehretdinov@stearnsweaver.com
    JASON S. KOSLOWE
    Florida Bar No. 122758
    jkoslowe@stearnsweaver.com
    RYAN T. THORNTON
    Florida Bar No. 99195
    rthornton@stearnsweaver.com
    CORAL DEL MAR LOPEZ
    Florida Bar No. 1022387
    clopez@stearnsweaver.com

***Attorneys for Plaintiff***

---

subject to review on appeal.); *Akin v. PAFEC Ltd.*, 991 F.2d 1550, 1563 (11th Cir. 1993) (same); *Barfield v. Brierton*, 883 F.2d 923, 930 (11th Cir. 1989) (same).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2025, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| ROBERT F. ROSENWALD, JR., Chief Deputy City Attorney<br>HENRY J. HUNNEFELD, First Assistant City Attorney<br>FREDDI MACK, Senior Assistant City Attorney<br>henryhunnefeld@miamibeachfl.gov<br>robertrosenwald@miamibeachfl.gov<br>freddimack@miamibeachfl.gov<br>700 Convention Center Drive<br>4th Floor – Legal Department<br>Miami Beach, FL 33139<br><br>*Attorney for Defendant* | Eric P. Hockman, Esq.<br>Edward G. Guedes, Esq.<br>Anne R. Flanigan, Esq.<br>WEISS SEROTA HELFMAN<br>COLE & BIERMAN, P.L.<br>2800 Ponce De Leon Blvd., Suite 1200<br>Coral Gables, FL 33134<br>ehockman@wsh-law.com<br>eguedes@wsh-law.com<br>aflanigan@wsh-law.com<br><br>*Attorneys for Defendant* |

                                                    */s/ Maria A. Fehretdinov*
                                                   MARIA A. FEHRETDINOV

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200